UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00212-FDW

| | |
|---|---|
| DONNA FAYE McKINNEY, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)                 ORDER<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. )<br>) | |

THIS MATTER is before the Court on Plaintiff's Motion for Payment of Attorney Fees (Doc. No. 20) and the parties' subsequent stipulation for payment of attorney's fees of $2,550.00 in full satisfaction of all claims under the Equal Access to Justice Act (Doc. No. 22). As Plaintiff has timely filed a motion satisfying the provisions in 28 U.S.C. § 2412 (d)(1)(B) and the parties have since stipulated to a reduced award, the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Payment of Attorney Fees (Doc. No. 20). Plaintiff's Motion for Payment of Attorney Fees is GRANTED to the extent of the parties' stipulation and the remainder is DENIED. Therefore, it is hereby ordered that Defendant will pay Plaintiff $2,550.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

IT IS SO ORDERED.

Signed: May 31, 2018

Frank D. Whitney
Chief United States District Judge